**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Bryan W. Colwell and Heather A. Colwell          **Case/AP Number** 10-11854 **-FJB**
                                                            **Chapter** 13

#61 Motion filed by Debtor Bryan W. Colwell, Joint Debtor Heather A. Colwell for Determination of Final Cure and Mortgage Payment re: Rule 3002.1

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection having been filed, the Court hereby ORDERS and DECLARES that, as of June 12, 2015, the Debtors were current on all postpetition mortgage payments to Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-8 As Serviced by Rushmore Loan Management Services LLC.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 07/01/2015
Frank J. Bailey
United States Bankruptcy Judge